FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
3800 Howard Hughes Parkway
Suite 950
Las Vegas, NV 89169
Telephone: (702) 252-3131
Facsimile: (702) 252-7411

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WENDY J. PRICE,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPUTER SCIENCES CORPORATION, a Nevada Corporation,<br><br>    Defendant. | Case No. 2:11-cv-1242-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and through the parties' counsel of record that in lieu of the filing of a Judgment in connection with the Court's Order (docket #29) granting Defendant summary judgment, this matter be dismissed with prejudice, with each party to bear their own costs and attorney's fees.

| | |
|---|---|
| FISHER & PHILLIPS LLP | LAW OFFICE OF DANIEL MARKS |
| By: /s/ Scott M. Mahoney, Esq.<br>   Scott M. Mahoney, Esq.<br>   3800 Howard Hughes #950<br>   Las Vegas, Nevada 89169<br>   Attorneys for Defendant | By: /s/ Daniel Marks, Esq.<br>   Daniel Marks, Esq.<br>   530 S. Las Vegas Blvd., Suite 300<br>   Las Vegas, NV 89101<br>   Attorneys for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 18, 2013

- 1 -

LasVegas 96329.1